IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-39-GF-BMM |
| Plaintiff, | |
| vs. | |
| SHAUN DELMORE MORTENSON, | |
| Defendant. | |

On December 13, 2017, the undersigned granted Defendant, Shaun Mortenson's (Mortenson) Motion in open court for a Psychiatric Exam, (Doc. 393). On February 21, 2018, the Court received notice from D. Sproul, Warden at Federal Detention Center, SeaTac, Washington, where Mortenson is being evaluated, requesting a 15-day extension of the final report.

Accordingly, **IT IS ORDERED** that a 15-day extension of the report of Mortenson is **GRANTED**. The final report submitted to the Court no later than March 15, 2018.

DATED this 22nd day of February, 2018.

John Johnston
United States Magistrate Judge