# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAUN DELMORE MORTENSON, <br><br> Defendant. | CR 06-39-GF-BMM <br><br><br> ORDER |

Upon the unopposed motion of the United States, and for good cause shown, IT IS ORDERED the United States' motion to allow Dr. Ryan Nybo to testify via video at the competency hearing scheduled for March 28, 2018, at 10:00 a.m., is GRANTED.

The United States shall make all the necessary video conference arrangements with the Court systems staff in Great Falls, Montana.

DATED this 19th day of March, 2018.

John Johnston
United States Magistrate Judge