IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>SHAUN DELMORE MORTENSON,<br><br>Defendant. | CR-06-39-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 6, 2025. (Doc. 450.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 24, 2024 and on February 4, 2025. (Docs. 435 and 449.) The United States accused Shaun

Mortenson (Mortenson) of violating the conditions of his supervised release by failing to successfully complete an outpatient sex offender treatment program by being terminated from sex offender treatment on September 16, 2024. (Doc. 432.)

At the revocation hearing, Mortenson admitted he had violated the conditions of his supervised release by failing to successfully complete an outpatient sex offender treatment program by being terminated from sex offender treatment on September 16, 2024. (Doc. 435.)

Judge Johnston found that the violation Mortenson admitted proves serious and warrants revocation of Mortenson's supervised release and recommends a term of custody for a term of 8 months on both Count I and Count II, terms to run concurrently, and with a lifetime of supervised release to follow on both counts . (Doc. 450.)  The Court advised Mortenson his right to appeal and to allocute before the undersigned. (Doc. 449.)

The violation proves serious and warrants revocation of Mortenson's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 450) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Shaun Delmore Mortenson be sentenced to a term of custody of

8 months on both Count I and Count II, terms to run concurrently, with a lifetime of supervised release to follow on both counts.

DATED this 21st day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Court